# UNITED STATES DISTRICT COURT

_____**Eastern**_____    **District of**    _____**California**_____

GAYLE G. WINTER,

Plaintiff

V.

COMMISSIONER OF SOCIAL SECURITY
    Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE NUMBER: 1:13-cv-01314 GSA

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

The clerk is directed to file the complaint.

X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this _____20th_____ day of _____August_____ , ___2013___ .

_____
/s/ Gary S. Austin
Signature of Judicial Officer

_____
 Gary S. Austin, U.S. Magistrate Judge
Name and Title of Judicial Officer