BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| GAYLE WINTER,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:13-cv-01314-GSA<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF; ORDER THEREON |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 45 days to respond to Plaintiff's opening brief.  This is the first continuance sought by Defendant.  The current due date is June 5, 2014.   The new due date will be July 21, 2014 (since July 20, 2014 falls on a Sunday).

    There is good cause for this request.  In the last month, after Plaintiff filed her opening brief, Defendant's counsel was assigned a pending Equal Employment Opportunity Commission (EEOC) matter set for a hearing in early July, that had to be reassigned to her because the original counsel no longer works in the office and no other attorneys were available.  This case

Stipulation for an Extension of Time; 1:13-cv-01314-GSA, Order Thereon

1  required and continues to require familiarizing of the extensive factual and procedural record and
2  multiple short turnaround deadlines, including settlement negotiations and prehearing
3  conferences occurring in the next week.  Although Defendant's counsel is requesting from the
4  EEOC an extension of the hearing dates, she must continue to prepare for the hearing, which will
5  involve witness preparation of at least six witnesses most of whom are out of state, in the event
6  that her request for an extension is not granted.  In addition, Defendant's counsel has a pending
7  Ninth Circuit case responsive brief, along with a regular full workload of other pending district
8  court briefs, another pending EEOC matter, and pre-approved leave, all due or occurring in the
9  next month.  Thus, Defendant's counsel is requesting additional time up to and including July 21,
10 2014 to fully review the administrative record and research the issues presented by Plaintiff's
11 opening brief.

12         Counsel for Defendant apologizes to the Court and to Plaintiff for any inconvenience
13 caused by the delay.

14         The parties further stipulate that the Court's Scheduling Order shall be modified
15 accordingly.

                                            Respectfully submitted,

Date: June 4, 2014                          DELLERT BAIRD LAW OFFICES, PLLC

                                            *s/ Jacqueline Forslund by C.Chen\**
                                            (As authorized by e-mail on 6/4/2014)
                                            JACQUELINE A. FORSLUND
                                            Attorneys for Plaintiff

Date: June 4, 2014                          BENJAMIN B. WAGNER
                                            United States Attorney

                                            By *s/ Carolyn B. Chen*
                                            CAROLYN B. CHEN
                                            Special Assistant U. S. Attorney

                                            Attorneys for Defendant

1
2
3    **ORDER**
4    Based on the parties' stipulation set forth above, the Court grants Defendant an extension
5    of time for filing her Responsive Brief.  Accordingly, Defendant shall file her responsive brief on
6    or before July 21, 2014.  Other deadlines in the Court's Scheduling Order are extended
7    accordingly.
8
9
10   IT IS SO ORDERED.
11       Dated:   **June 9, 2014**              **/s/ Gary S. Austin**
12                                              UNITED STATES MAGISTRATE JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28